UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JODYNE JOHNSON,

                Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

                Defendant.

No. C09-1168-MAT

ORDER

(~~Proposed~~)

IT IS HEREBY ORDERED, through stipulation by the parties, that Plaintiff is awarded attorney's fee, payable to Plaintiff's attorney, Sandra Widlan, of $3,509.51 and expenses for messenger service and postage in the amount of $76.38, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412; and costs for the filing fee and photocopies in the amount of $353.00, pursuant to 28 U.S.C. § 1920.

DONE this <u>15th</u> day of March, 2010.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Presented By:

s/Sandra Widlan
SANDRA WIDLAN, WSBA # 25854
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
E-mail: widlan@sgb-law.com